# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   ANDRE L BRAUN                             §                Case No.: 08-22980
        LAUREN I BRAUN                           §
                                                 §
        Debtor(s)                               §

------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/29/2008.

2) This case was confirmed on 12/08/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/23/2009.

5) The case was dismissed on 10/05/2009.

6) Number of months from filing to the last payment: 13

7) Number of months case was pending: 20

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   4,250.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 9,311.35 |
| Less amount refunded to debtor | $ 536.00 |
| **NET RECEIPTS** | $ 8,775.35 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 605.53 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 605.53 |
| Attorney fees paid and disclosed by debtor | $ 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRIAD FINANCIAL CORP | UNSECURED | 6,318.00 | 10,163.26 | 10,163.26 | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 12,515.00 | 22,354.83 | 22,149.00 | 6,906.43 | 915.54 |
| AMERICREDIT FINANCIA | UNSECURED | 9,634.00 | .00 | 205.83 | .00 | .00 |
| RENT A CENTER | SECURED | 1,000.00 | .00 | 1,000.00 | 304.98 | 42.87 |
| INTERNAL REVENUE SER | PRIORITY | 3,260.00 | 1,679.19 | 1,679.19 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 11,000.00 | 18,331.25 | 18,331.25 | .00 | .00 |
| AAA FINANCIAL | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| AAA LOAN | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| AAA LOAN | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| ADVOCATE ILLINOIS MA | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CBT ASPIRE | OTHER | NA | NA | NA | .00 | .00 |
| ASPIRE VISA | OTHER | NA | NA | NA | .00 | .00 |
| ASPIRE | OTHER | NA | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 13.00 | 13.00 | 13.00 | .00 | .00 |
| ASSOCIATED INTERNAL | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| AT&T CREDIT MANAGEME | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | NA | NA | NA | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 690.00 | 816.74 | 816.74 | .00 | .00 |
| CAVALRY | UNSECURED | 417.00 | NA | NA | .00 | .00 |
| CALVARY PORTFOLIO SE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CHECK ALERT | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 330.00 | 1,270.00 | 1,270.00 | .00 | .00 |
| CHICAGO ACCEPTANCE C | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | OTHER | NA | NA | NA | .00 | .00 |
| CITY CHICAGO DEPT OR | OTHER | NA | NA | NA | .00 | .00 |
| CLERK OF CIRCUIT COU | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 348.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | NA | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 430.00 | NA | NA | .00 | .00 |
| CONSULTANTS IN ENDOC | UNSECURED | 118.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 68.00 | 59.73 | 59.73 | .00 | .00 |
| ECMC | UNSECURED | 3,793.00 | NA | NA | .00 | .00 |
| FIRST CONSUMERS | UNSECURED | 1,132.00 | NA | NA | .00 | .00 |
| FIRST CONSUMERS NATL | OTHER | NA | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SO | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| GREGORY EMERGENCY PH | UNSECURED | 484.00 | NA | NA | .00 | .00 |
| GREGORY EMERGENCY PH | OTHER | NA | NA | NA | .00 | .00 |
| HONOR FINANCE | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| HOUSEHOLD | UNSECURED | 863.00 | NA | NA | .00 | .00 |
| HOUSEHOLD BANK | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,017.00 | 1,024.68 | 1,024.68 | .00 | .00 |
| HOUSEHOLD/ORCHARD BA | OTHER | NA | NA | NA | .00 | .00 |
| JOANE B DAVIS | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| JOANE B DAVIS | OTHER | NA | NA | NA | .00 | .00 |
| KIA FINANCIAL SERVIC | UNSECURED | 9,000.00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 174.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATION SE | OTHER | NA | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | OTHER | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,037.00 | 1,074.75 | 1,074.75 | .00 | .00 |
| NATIONWIDE CREDIT & | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT & | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT & | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL GROUP | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL GROUP | UNSECURED | 849.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY | UNSECURED | 151.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | OTHER | NA | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| OSI COLLECTION SERVI | UNSECURED | 535.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,000.00 | 2,016.26 | 2,016.26 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PREMIER CREDIT CORPO | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PREMIER CREDIT CORP | OTHER | NA | NA | NA | .00 | .00 |
| PREVENTION MAGAZINE | UNSECURED | 16.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | NA | NA | NA | .00 | .00 |
| RUSH HEALTH CARE FIN | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | OTHER | NA | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| RUSH PRES/ST LUKES | OTHER | NA | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | NA | NA | NA | .00 | .00 |
| AMERITECH/SBC | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 458.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 458.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 848.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | OTHER | NA | NA | NA | .00 | .00 |
| THE NEEDLE SHOP | UNSECURED | 22.00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 371.00 | 88.66 | 88.66 | .00 | .00 |
| US CELLULAR | OTHER | NA | NA | NA | .00 | .00 |
| VYRIDIAN REVENUE MAN | UNSECURED | 441.00 | NA | NA | .00 | .00 |
| VYRINIAN REVENUE MAN | OTHER | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 932.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |
| WOMANS DAY | UNSECURED | 13.00 | NA | NA | .00 | .00 |
| WOMENS HEALTH CONSUL | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| WOMENS HEALT CONSULT | OTHER | NA | NA | NA | .00 | .00 |
| WOMENS HEALTH CONSUL | UNSECURED | 2,110.00 | NA | NA | .00 | .00 |
| WOMENS HEALT CONSULT | OTHER | NA | NA | NA | .00 | .00 |
| DANIEL LUKASZEWICZ | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 724.23 | 724.23 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 3,976.33 | 3,979.33 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================
| Summary of Disbursements to Creditors:                         |
|                                                                |
|                                  Claim      Principal    Int.  |
|                                  Allowed    Paid         Paid  |
| Secured Payments:                                              |
|     Mortgage Ongoing               .00         .00        .00  |
|     Mortgage Arrearage             .00         .00        .00  |
|     Debt Secured by Vehicle   22,149.00    6,906.43     915.54 |
|     All Other Secured          1,000.00      304.98      42.87 |
| TOTAL SECURED:                23,149.00    7,211.41     958.41 |
|                                                                |
| Priority Unsecured Payments:                                   |
|     Domestic Support Arrearage 18,331.25      .00         .00  |
|     Domestic Support Ongoing       .00         .00        .00  |
|     All Other Priority         1,679.19       .00         .00  |
| TOTAL PRIORITY:               20,010.44       .00         .00  |
|                                                                |
| GENERAL UNSECURED PAYMENTS:   21,436.47       .00         .00  |
==================================================================

==================================================================
| Disbursements:                                                 |
|                                                                |
|     Expenses of Administration     $       605.53              |
|     Disbursements to Creditors     $     8,169.82              |
|                                                                |
| TOTAL DISBURSEMENTS:                       $     8,775.35      |
==================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   05/04/2010                         /s/ Tom  Vaughn
                                            Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**